preme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Thomas Brothers, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BROWN, Respondent, v. CADRO. Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Joseph Brown against Madaline Cadro. PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

BROWN, Respondent, v. CROSSMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Effie Brown against Edward Crossman and others. No opinion. Judgment unanimously affirmed, with costs.

BROWNELL, Respondent, v. BROWNELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Anna C. Brownell against George E. Brownell. No opinion. Motion granted, with $10 costs.

BROWNOLD, Respondent, v. BROWNOLD, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Hattie H. Brownold against Samuel Brownold. T. J. Bannon, for appellant. L. S. Lewkowitz, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

BRUCE, Respondent, v. HEFFRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Robert Bruce against the Heffron Company. No opinion. Order affirmed, with $10 costs and disbursements.

BRUCKEL, Appellant, v. J. MILHAU'S SON, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Frederick Henry Bruckel against J. Milhau's Son. No opinion. Motion granted, on condition that the respondent pay $10 costs to the appellant, and file brief on or before March 13, 1911. See, also, 116 App. Div. 832. 102 N. Y. Supp. 395; 118 App. Div. 900, 103 N. Y. Supp. 1117.

BRYAN, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by George F. Bryan against Bennett C. Carter. No opinion. Motion granted, without costs.

BUCKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Sidonie L. Buckley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion

denied, without costs. See, also, 126 N. Y. Supp. 480.

BUFFALO, L. & R. RY. CO., Respondent, v. HOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by the Buffalo, Lockport & Rochester Railway Company against John B. Hoyer and others. No opinion. Passed twice, and dismissed, under rule 39.

BUFFALO, R. & P. RY. CO. v. MELENBACKER et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by the Buffalo, Rochester & Pittsburg Railway Company against Jacob D. Melenbacker, impleaded with others. No opinion. Order affirmed, without costs of this appeal to either party.

BUILDERS' TRUCKING & MATERIAL CO., Respondent, v. HASTINGS PAVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by the Builders' Trucking & Material Company against the Hastings Pavement Company. No opinion. Judgment and order affirmed, with costs.

BUMPF, Respondent, v. BROWN, Appellant. (Supreme Court. Appellate Division, Fourth Department. February 10, 1911.) Action by William A. Bumpf against Charles D. Brown.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

In re BURDICK et al. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) In the matter of the intermediate settlement of the accounts of Bainbridge W. Burdick and others, executors of the last will and testament of Norman Burdick, deceased. No opinion. Order unanimously affirmed, with one bill of costs.

BURGETT, Appellant, v. AMERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Frank P. Burgett against Geo. M. Amerman. No opinion. Judgment modified, and, as modified, affirmed, without costs of this appeal to either party. Settle order before Spring, J., on two days' notice.

BURKAN v. MUSICAL COURIER CO. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Nathan Burkan against the Musical Courier Company. With this case has been consolidated in this court cases bearing titles as follows: Daniel S. Hague v. John T. Sprague; Ætna Life Ins. Co. v. Duparquet et al.; Patrick M. Carolan v. Anthony O'Donnell; Michael Glennon v. Star Co.; In re Charlotte Miller. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 126 N. Y. Supp. 544.